UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Topeka, Kansas

June 25, 2020

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Donald R. Aubry Email: daubry@bukatylaw.com

Re: Fraternal Order of Police et al v. Junction City, Kansas, City of et al
USDC Case # 5:20-cv-04035-JAR-JPO
Geary County, Kansas District Court # 2019-cv-143

Counsel:

Please be advised that the above named action has been removed to the US District Court for the District of Kansas at Topeka, Kansas. It has been assigned Civil Action Number 20-4035-JAR-JPO, assigned to the Honorable Julie A. Robinson and the Honorable James P. O'Hara.

You have not been added to our docket sheet and will not receive electronic notice of filings in this case until you are admitted to the District of Kansas or are admitted to appear pro hac vice.

Our local rules and information regarding electronic filing, attorney admission, and admission pro hac vice can be found at www.ksd.uscourts.gov or by contacting the Clerk's Office at 913-735-2229.

Sincerely,
Timothy O'Brien, Clerk

By: s/K. Wellington
Deputy Clerk